IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENCO HOLDINGS, LLC. and BIO-ENERGY (WASHINGTON), LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 26-432 (JLH) |
| WASTE MANAGEMENT, INC., and WM RENEWABLE ENERGY, LLC, | ) | |
| Defendants. | ) | |

**DFENDANTS' MOTION TO DISMISS FOR FAILURE TO**
**STATE A CLAIM UNDER FED. R. CIV. P. 12(B)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Waste Management, Inc. ("WMI") and WM Renewable Energy, LLC ("WMRE") hereby move to dismiss the Complaint filed by Plaintiffs Ingenco Holdings, LLC and Bio-Energy (Washington) (D.I. 1) because defendant WMRE is licensed to the asserted patent and Plaintiffs' rights have been exhausted, and Plaintiffs are estopped from bringing their patent infringement and breach of contract claims. In addition, the Complaint fails to state a claim for relief for either the patent infringement or breach of contract claim, and further fails to state a claim against defendant WMI.

The grounds for this motion are set forth in Defendants' Opening Brief, filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

Karen Jacobs (#2881)
Jennifer Ying (#5550)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
jying@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Nancy M. Olson
David M. Stein
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663

June 22, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INGENCO HOLDINGS, LLC. and BIO-ENERGY (WASHINGTON), LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 26-432 (JLH) |
| WASTE MANAGEMENT, INC., and WM RENEWABLE ENERGY, LLC, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

The Court, having considered Defendants' motion to dismiss (the "Motion") and any opposition thereto:

IT IS HEREBY ORDERED, this ____ day of ______________, 2026, that:

1. The Motion is granted;
2. Plaintiffs' claims for patent infringement of U.S. Patent No. 7,731,779 (Count I) are dismissed with prejudice for failure to state a claim for which relief may be granted;
3. Plaintiffs' claims for Breach of Contract / Third-Party Beneficiary Rights (Count II) are dismissed with prejudice for failure to state a claim for which relief may be granted.
4. [Waste Management, Inc. is dismissed.]

____________________________________

UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 22, 2026, upon the following in the manner indicated:

Karen Keller, Esquire
Emily DiBenedetto, Esquire
SHAW KELLER LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Robert J. Rauch
LAW OFFICES OF ROBERT J. RAUCH
25141 Star View Road
Mt. Vernon, Washington 98273
*Attorney for Plaintiffs*

*VIA ELECTRONIC MAIL*

Larry D. Moffett
LAW OFFICE OF LARRY D. MOFFETT LLC
39 County Road 231
Oxford, MS 38655
*Attorney for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Karen Jacobs*

Karen Jacobs (#2881)