IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INGENCO HOLDINGS, LLC. and BIO-
ENERGY (WASHINGTON), LLC,

        Plaintiffs,

    v.

WASTE MANAGEMENT, INC., and WM
RENEWABLE ENERGY, LLC,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 26-432 (JLH)

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Briefing on Defendants' Motion to Dismiss (D.I. 14) is pending and Plaintiffs' answering brief is due on July 6, 2026. Pursuant to D. Del. LR 7.1.2(b), notice is hereby given that Defendants may rely on the decision (and any cases cited therein) that issued today in *Litl LLC v. HP Inc.,* C.A. No. 23-120, D.I. 356 (D. Del. June 30, 2026), in their forthcoming reply brief in support of their Motion to Dismiss. A copy of the decision is attached as Exhibit A.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*

_____

Karen Jacobs (#2881)
Jennifer Ying (#5550)
E. Paul Steingraber (#7459)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
kjacobs@morrisnichols.com
jying@morrisnichols.com
esteingraber@morrisnichols.com

*Attorneys for Defendants*

OF COUNSEL:

Nancy M. Olson
David M. Stein
OLSON STEIN LLP
240 Nice Lane #301
Newport Beach, CA 92663

June 30, 2026

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2026, copies of the foregoing were caused to be served

upon the following in the manner indicated:

| | |
|---|---|
| Karen Keller, Esquire<br>Emily DiBenedetto, Esquire<br>SHAW KELLER LLP<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Robert J. Rauch<br>LAW OFFICES OF ROBERT J. RAUCH<br>25141 Star View Road<br>Mt. Vernon, Washington 98273<br>*Attorney for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Larry D. Moffett<br>LAW OFFICE OF LARRY D. MOFFETT LLC<br>39 County Road 231<br>Oxford, MS 38655<br>*Attorney for Plaintiffs* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

2